# EXHIBIT 2

## IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA

| | |
|---|---|
| **MELISSA ANDERSEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **CV-2025-900102.00** |
| ) | |
| **NEWREZ LLC, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that on January 30, 2026, Defendant Newrez, LLC d/b/a Shellpoint Mortgage Servicing ("NewRez") filed a Notice of Removal in the U.S. District Court for the Middle District of Alabama, Eastern Division. Attached is a copy of the Notice of Removal, as required by 28 U.S.C. § 1446(d). Pursuant to 28 U.S.C. § 1446(d), upon filing of this Notice "the state court shall proceed no further unless and until the case is remanded."

/s/ Joseph V. Ronderos
Joseph V. Ronderos
*Counsel for Newrez LLC d/b/a Shellpoint Mortgage Servicing*

**OF COUNSEL:**
Stites & Harbison PLLC
2204 Whitesburg Drive, Suite 302
Huntsville, AL 35801
(615) 782-2205 (telephone)
(615) 782-2371 (facsimile)
jronderos@stites.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, I electronically filed the foregoing with the AlaFile system, which will send notification of such filing to the following (and otherwise emailed or mailed a copy to the following):

Melissa Andersen
594 Amber Drive
Jacksons Gap, AL 36861

and

36 Shady Bay Lane
Jacksons Gap, AL 36861
(205) 225-9777
manders@slssecurities.com
*Pro Se Plaintiff*

Padgett Law Group
415 N. McKinley Drive 1177
Little Rock, AR 72205
*Defendant*

                                                /s/Joseph V. Ronderos
                                                OF COUNSEL